AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __TEXAS__

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 25 2013
CLERK, U.S. DISTRICT COURT
By _____ Deputy

United States of America

V.

DANIEL OBERLENDER

**EXHIBIT AND WITNESS LIST**

Case Number: 3:13-CR-017-O (01)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Reed O'Connor | Nicole Jennifer Dana | William Braton |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Sentencing - 7/25/2013 | Denver Roden | Tyler Crowley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 2 | | 7/25/13 | X | X | CHAT CONVERSATIONS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages